### Canter v. Insurance Placement Facility of Pennsylvania, Appellant.

Argued September 18, 1972. *Richard W. Hopkins,* with him *White and Williams,* for appellant; *John H. Lewis, Jr.,* for appellee.

Order affirmed.

HOFFMAN and PACKEL, JJ., absent.

### Carter, Appellant, v. Cooper.

Argued September 11, 1972. *William Goichman,* for appellant; *B. Milner,* with him *Albert L. Bricklin,* and *Bennett, Bricklin & Saltzburg,* for appellee.

Order affirmed.

### Cassello v. Hygrade Food Products Corp.

Argued September 12, 1972. *Turrey A. Kepler,* with him *John F. Naulty,* for appellant; *Jack Litz,* for appellee.

Order affirmed.